# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148803

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

NATHANIEL SINCLAIR HOARD,
        Defendant-Appellant.

SC:  148803
COA:  309458
Kalamazoo CC:  2011-001077-FC

_____/

On order of the Court, the application for leave to appeal the January 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014


                                        Clerk

h0917